UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LISA-ATHENA S. ABU HANTASH, in her individual capacity and as mother and natural guardian of JORDAN-ANNETTEE JAZZMIN RICHARDSON, a minor, and JORDAN RICHARDSON, INC., a Virginia Corporation,

        *Plaintiffs*,

-against-

V MODEL MANAGEMENT NEW YORK, INC.
and VNY MODEL MANAGEMENT, LLC,

        *Defendants*.

Docket No.: 07 Civ. 3363

**RULE 7.1 STATEMENT**

  PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for Jordan Richardson, Inc. certifies that there are no parent corporations of Jordan Richardson, Inc. and/or any publicly held corporations that own 10% or more of stock in Jordan Richardson, Inc.

Dated: New York, New York
   May 4, 2007

            NISSENBAUM LAW GROUP, LLC
            *Attorneys for Plaintiffs*

            /S/ GAVIN I. HANDWERKER
            By: Gavin I. Handwerker (GIH 6191)
            140 Broadway, 46th Floor
            New York, New York l0007
            (212) 871-5711