Form 27 - GENERAL PURPOSE

**NISSENBAUM LAW GROUP LLC**
**ATTN:**
U.S. SOUTHERN DIST. COURT    NEW YORK    COUNTY

------------------------------------------------------

LISA ATHENA S. ABU HANTASH ET AL          plaintiff

- against -

V MODEL MANAGEMENT NEW YORK INC.          defendant
ET ANO

------------------------------------------------------

Index No. **07CV3363**

Date Filed  ............

Office No.

Court Date:   /  /

STATE OF NEW YORK, COUNTY OF NEW YORK          :SS:

**RUDOLPH WRIGHT**     being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the State of New York.
   That on the  **2nd  day of May, 2007**     at  **10:20 AM.**, at
   **928 BROADWAY, SUITE 800**
   **NEW YORK, NY 10010**
I served a true copy of the
   **SUMMONS AND VERIFIED COMPLAINT**
   **CIVIL COVER SHEET**
   **RULE 9 STATEMENT**

upon **VNY MODEL MANAGEMENT, LLC**
the **DEFENDANT** therein named,
by delivering to, and leaving personally with
   **LANA WINTERS, PRESIDENT & CEO**

a true copy of each thereof.

   Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the aforesaid service as follows:
       SEX: **FEMALE**          COLOR: **WHITE**          HAIR: **BROWN**
       APP. AGE: **44**         APP. HT: **5:7**          APP. WT: **140**

OTHER IDENTIFYING FEATURES:


Sworn to before me this
3rd  day of  May, 2007tm

KENNETH WISSNER
Notary Public, State of New York
   No.01WI4714130
Qualified in NEW YORK COUNTY
Commission Expires 03/30/2010

RUDOLPH WRIGHT   1022795
AETNA  CENTRAL  JUDICIAL  SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 3NA134080