Form 07 - CORPORATION

**NISSENBAUM LAW GROUP LLC**
**ATTN:**
U.S. SOUTHERN DIST. COURT      NEW YORK  COUNTY
--------------------------------------------------------

LISA ATHENA S. ABU HANTASH ET AL      plaintiff

- against -

V MODEL MANAGEMENT NEW YORK INC.      defendant
ET ANO
--------------------------------------------------------

Index No. **07CV3363**

Date Filed ............

Office No.

Court Date:   / /

STATE OF NEW YORK, COUNTY OF NEW YORK      :SS:

**RUDOLPH WRIGHT**     being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **9th** day of **May, 2007** at **04:40 PM.,**             at
   **928 BROADWAY, SUITE 800**
   **NEW YORK, NY 10010**

I served a true copy of the
   **SUMMONS AND VERIFIED COMPLAINT**
   **CIVIL COVER SHEET**
   **RULE 9 STATEMENT**

upon **V MODEL MANAGEMENT NEW YORK INC.**
**a domestic corporation, the DEFENDANT** therein named by delivering to, and leaving personally with
       **DAMIAN TOMCZAK, MANAGING AGENT**

a true copy of each thereof.

   Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:
       SEX: **MALE**         COLOR: **WHITE**       HAIR: **BROWN**
       APP. AGE: **35**      APP. HT: **6:0**       APP. WT: **170**

OTHER IDENTIFYING FEATURES:


Sworn to before me this
10th  day of  May,        2007k

KENNETH WISSNER
Notary Public, State of New York
   No.01WI4714130
Qualified in NEW YORK COUNTY
Commission Expires 03/30/2010

RUDOLPH WRIGHT  1022795
AETNA  CENTRAL  JUDICIAL  SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 3NA134079