# NISSENBAUM LAW GROUP, LLC
(FORMERLY NISSENBAUM & ASSOCIATES, LLC)
ATTORNEYS AT LAW
WWW.GDNLAW.COM

2400 MORRIS AVENUE
UNION, NEW JERSEY 07083

P. 908.686.8000
F. 908.686.8550

GARY D. NISSENBAUM, ESQ. *
  GDN@GDNLAW.COM

GAVIN I. HANDWERKER, ESQ.*
  GIH@GDNLAW.COM

LAURA J. FREEDMAN, ESQ.*
  LJF@GDNLAW.COM

NEELAM K. SINGH, ESQ. *
  NS@GDNLAW.COM

CHRISTINE M. YEARING, ESQ. *
  CMY@GDNLAW.COM

OLIVIA R. GONZALEZ, ESQ.*
  OG@GDNLAW.COM

CAROLE J. ZEMPEL, PARALEGAL
  CZ@GDNLAW.COM

JENN LOPEZ, PARALEGAL
  JL@GDNLAW.COM



**NISSENBAUM**
LAW GROUP, LLC

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 2 2 2007

*Please reply to:*  _x_ NJ  ___ NY

NEW YORK:
140 BROADWAY, 46TH FLOOR
NEW YORK, NEW YORK 10005
P 212.871.5711
F. 212.871.5712

* *Admitted in both*
*New Jersey and New York*

May 10, 2007

SO ORDERED
The initial pre trial conference
is adjourned to August 1, 2007
at 9:30 a.m.

MAY 2 2 2007   *George B. Daniels*
HON. GEORGE B. DANIELS

**VIA ELECTRONIC MAIL**
Honorable George B. Daniels
United States District Court Judge
Southern District of New York
500 Pearl Street Rm. 630
New York, NY 10007

Re:  Hantash et al v. V. Model Management et al.
     Docket No. 07 cv. 3363 (GBD)

Dear Judge Daniels:

This office is legal counsel to the plaintiff regarding the above matter. I am in receipt of Your Honor's pre trial order scheduling a conference on July 25, 2007. I am unable to attend this conference due to a scheduling conflict. It is therefore respectfully requested that the Court adjourn the conference for one week. I have consulted with my adversary, Wilmer H. Grier, Esq., regarding my request and she has consented to my application. Should Your Honor require additional information, please do not hesitate to contact my office.

Respectfully Submitted,
NISSENBAUM LAW GROUP, LLC

BY
Gavin I. Handwerker

cc: Wilmer H. Grier, Esq. (via facsimile)