



# Track Shipments
## Detailed Results

Printable Version    Quick Help

Select another track: 859285623510   Next

| | |
|---|---|
| **Tracking number** | 859285623510 |
| **Signed for by** | K.BONNER |
| **Ship date** | Feb 17, 2007 |
| **Delivery date** | Feb 20, 2007 2:11 PM |
| **Status** | Delivered |
| **Signature image available** | Yes |

| | | |
|---|---|---|
| **Delivered to** | Receptionist/Front Desk | |
| **Service type** | FedEx 2Day Envelope | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Feb 20, 2007 | 2:11 PM | Delivered | | |
| | 12:28 PM | On FedEx vehicle for delivery | NEW YORK, NY | |
| Feb 19, 2007 | 2:39 PM | At local FedEx facility | NEW YORK, NY | |
| | 12:57 PM | Delivery exception | NEW YORK, NY | Customer not available or business closed |
| | 12:33 PM | On FedEx vehicle for delivery | NEW YORK, NY | |
| | 7:08 AM | At local FedEx facility | NEW YORK, NY | |
| Feb 18, 2007 | 8:27 PM | In transit | NEWARK, NJ | |
| | 5:37 PM | Departed FedEx location | MEMPHIS, TN | |
| | 5:26 PM | Arrived at FedEx location | MEMPHIS, TN | |
| | 11:11 AM | Arrived at FedEx location | MEMPHIS, TN | |
| | 6:19 AM | Arrived at FedEx location | MEMPHIS, TN | |
| Feb 17, 2007 | 5:09 PM | Left origin | HAMPTON, VA | |
| | 3:31 PM | Picked up | HAMPTON, VA | |

[ Signature proof ]  [ E-mail results ]  [ Track more shipments ]  [ << Track summary ]

Subscribe to tracking updates (optional)

Your Name: _____    Your E-mail Address: _____

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |

**Select format:** ◉ HTML  ○ Text  ○ Wireless

**Add personal message:**

Not available for Wireless or non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and Conditions

Submit



FedEx Express  
Customer Support Trace  
3875 Airways Boulevard  
Module H, 4th Floor  
Memphis, TN 38116

U.S. Mail: PO Box 727  
Memphis, TN 38194-4643

Telephone: 901-369-3600

April 20, 2007

Dear Customer:

The following is the proof of delivery you requested with the tracking number **859285623510**.

---

### Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery date: | Feb 20, 2007 14:11 |
| Signed for by: | K.BONNER | | |
| Service type: | FedEx 2Day Envelope | | |



---

### Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 859285623510 | Ship date: | Feb 17, 2007 |

Recipient:  
US

Shipper:  
CAR US

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service  
1.800.GoFedEx 1.800.463.3339