**FedEx Express — US Airbill**

FedEx Tracking Number: 8592 8562 3510
Form ID No.: 0200
Sender's Copy

**1 From**

Date: 17 Feb 07
Sender's Name: Lisa-Athena S. Abu Hantash
Phone: (757) 238-8187
Company:
Address: 22354 Graystone Dr.
City: Carrollton   State: VA   ZIP: 23314

**2 Your Internal Billing Reference**

**3 To**

Recipient's Name: Ms Lana Winters
Phone: ( )
Company: V N Y Model Management LLC
Address: 928 Broadway, Suite 801
City: New York   State: NY   ZIP: 10010

**4a Express Package Service**
- FedEx Priority Overnight
- FedEx Standard Overnight
- FedEx First Overnight
- ☒ FedEx 2Day
- FedEx Express Saver

**4b Express Freight Service**
- FedEx 1Day Freight
- FedEx 2Day Freight
- FedEx 3Day Freight

**5 Packaging**
- ☒ FedEx Envelope
- FedEx Pak
- FedEx Box
- FedEx Tube
- Other

**6 Special Handling**
- SATURDAY Delivery
- HOLD Weekday at FedEx Location
- HOLD Saturday at FedEx Location

Does this shipment contain dangerous goods?
- No
- Yes (Shipper's Declaration)
- Yes (not required)
- Dry Ice
- Cargo Aircraft Only

**7 Payment** Bill to:
- Sender
- Recipient
- Third Party
- ☒ Credit Card
- Cash/Check

FedEx Acct. No.
Credit Card No.
Exp. Date: 12/44

Total Packages:
Total Weight:
Total Declared Value: $  .00

**8 Residential Delivery Signature Options**
- No Signature Required
- Direct Signature
- Indirect Signature

520

