

FedEx Freight | Information Center | Customer Support | Site Map

| Package / Envelope Services | Office / Print Services | Freight Services | Expedited Services |

| Ship | Track | Manage My Account | International Tools |

Search [_____] Go!

Track Shipments
## Detailed Results

🖨 Printable Version    ❓ Quick Help

Select another track:  [859285623510 ▼]  Next

| | | | |
|---|---|---|---|
| **Tracking number** | 859285623510 | **Delivered to** | Receptionist/Front Desk |
| **Signed for by** | K.BONNER | **Service type** | FedEx 2Day Envelope |
| **Ship date** | Feb 17, 2007 | | |
| **Delivery date** | Feb 20, 2007 2:11 PM | | |
| **Status** | Delivered | | |
| **Signature image available** | Yes | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| **Feb 20, 2007** | 2:11 PM | **Delivered** | | |
| | 12:28 PM | On FedEx vehicle for delivery | NEW YORK, NY | |
| **Feb 19, 2007** | 2:39 PM | At local FedEx facility | NEW YORK, NY | |
| | 12:57 PM | Delivery exception | NEW YORK, NY | Customer not available or business closed |
| | 12:33 PM | On FedEx vehicle for delivery | NEW YORK, NY | |
| | 7:08 AM | At local FedEx facility | NEW YORK, NY | |
| **Feb 18, 2007** | 8:27 PM | In transit | NEWARK, NJ | |
| | 5:37 PM | Departed FedEx location | MEMPHIS, TN | |
| | 5:26 PM | Arrived at FedEx location | MEMPHIS, TN | |
| | 11:11 AM | Arrived at FedEx location | MEMPHIS, TN | |
| | 6:19 AM | Arrived at FedEx location | MEMPHIS, TN | |
| **Feb 17, 2007** | 5:09 PM | Left origin | HAMPTON, VA | |
| | 3:31 PM | Picked up | HAMPTON, VA | |

| Signature proof | E-mail results | Track more shipments | << Track summary |

Subscribe to tracking updates (optional)

**Your Name:** [_____]    **Your E-mail Address:** [_____]

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| [_____] | [English ▼] | ☐ | ☐ |
| [_____] | [English ▼] | ☐ | ☐ |
| [_____] | [English ▼] | ☐ | ☐ |
| [_____] | [English ▼] | ☐ | ☐ |

**Select format:** ⦿ HTML  ○ Text  ○ Wireless

**Add personal message:**

Not available for Wireless or
non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and
Conditions

Submit



FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

April 20, 2007

Dear Customer:

The following is the proof of delivery you requested with the tracking number **859285623510**.

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery date: | Feb 20, 2007 14:11 |
| Signed for by: | K.BONNER | | |
| Service type: | FedEx 2Day Envelope | | |



## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 859285623510 | Ship date: | Feb 17, 2007 |

| | |
|---|---|
| **Recipient:** | **Shipper:** |
| US | CAR US |

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339