UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LISA ATHENA S ABJAITAN TASA, in her
individual capacity and as mother and
**Plaintiff** Natural Guardian of Jordan
Annette Jazmin Richardson Aminch, and
Jordan Richardson, INC, a Virginia corporation

Case No. 3363/07

-v-

I Model Management New York, INC,
and Ivy Model Management, LLC

**Rule 7.1 Statement**

**Defendant**

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recus[al] the undersigned counsel for I Model Management New York Inc and Ivy Model Manage ("a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Date: June 8, 2007

Signature of Attorney

**Attorney Bar Code:**
NC 4187

Form Rule7_1.pdf