16 February 2007

Ms. Lana Winters
VNY Model Management, LLC
928 Broadway, Suite 801
NewYork , NY 10010

Dear Lana:

You said, per your lawyer: I had to sign another contract because your name changed from V Model Management New York, Inc. to VNY Model Management, LLC and you changed the expiration date from 22 April 2007 to June 2008. Per my Lawyer: I have been without your signature on the contract dated 19 June 2006, expiration, June 2008, for the past 6 months. This was not lawful.

I sent the contract back to you in July 2006, signed with an addendum on it which included 3 hours of time per day, minimum to do homework; home time with prior notification; and this "Jordan Richardson, Inc. has the right to terminate any and all agreements w/VNY Model Mgt, LLC with 30 days prior notification."

I have made repeated attempts to get a copy of the signed 2nd contract (dated 19 June 2006 and expires June 2008). These attempts were made by me and my agent, My Mother, Rachelle Saunders, asking both you and your Business Manager, Nole'. I made the last attempt on 12 February 2007, when you told me I would have it by Friday, 16 February 2007. Since these attempts have been unsuccessful, the only valid contract I have with you is the 1st one dated 22 April 2005 which expires 22 April 2007.

Know then that at the 22 April 2007 contract expiration date, I will not renew Jordan Richardson's contract with your agency. Do not schedule any jobs for her beyond this date.

Sincerely,

Lisa-Athena S. Abu Hantash
Parent

Copies Furnished:
My Lawyer, Tukey to Eldorato Fax to Stone and Stone in NJ; Reg them to be my lawyer.
Your Lawyer, Natalia Nastaskin Esq. (Not delivered by Fed Ex; Neighbors in office Bldg and Conseerge say Lawyer not in Building) (See Air Bill) 20 Feb 07

Out 17 Feb to be delivered NLT Tuesday Afternoon, 20 Feb 07

Remember: The contract runs to 22 Apr 07 and is not totally clear until 22 May 07 per Eldoro's Lawyer.