**FedEx Express — US Airbill**

FedEx Tracking Number: 8592 8562 3510
Form ID No.: 0200
Sender's Copy

**1 From**
Date: 17 Feb 07
Sender's Name: Lisa-Athena S. Abu Hantash
Phone: (757) 238-8187
Address: 22354 Graystone Dr.
City: Carrollton   State: VA   ZIP: 23314

**2 Your Internal Billing Reference** OPTIONAL

**3 To**
Recipient's Name: Ms Lana Winters
Phone: ( )
Company: V N Y Model Management LLC
Address: 928 Broadway, Suite 801
City: New York   State: NY   ZIP: 10010



**4a Express Package Service**
- FedEx Priority Overnight
- FedEx Standard Overnight
- FedEx First Overnight
- [X] FedEx 2Day
- FedEx Express Saver

**4b Express Freight Service**
- FedEx 1Day Freight
- FedEx 2Day Freight
- FedEx 3Day Freight

**5 Packaging**
- [X] FedEx Envelope*
- FedEx Pak*
- FedEx Box
- FedEx Tube
- Other

**6 Special Handling**
- SATURDAY Delivery
- HOLD Weekday at FedEx Location
- HOLD Saturday at FedEx Location

Does this shipment contain dangerous goods?
- No
- Yes (As per attached Shipper's Declaration)
- Yes (Shipper's Declaration not required)
- Dry Ice, 9, UN 1845 ___ x ___ kg
- Cargo Aircraft Only

**7 Payment** Bill to:
- Sender
- Recipient
- Third Party
- [X] Credit Card
- Cash/Check

Total Packages ___   Total Weight ___   Total Declared Value $ .00

FedEx Use Only: 12 44

**8 Residential Delivery Signature Options**
- No Signature Required
- Direct Signature
- Indirect Signature

520

Rev. Date 8/05 • Part #158281 • ©1994–2005 FedEx • PRINTED IN U.S.A. SRY

Ship and track packages at fedex.com
Simplify your shipping. Manage your account. Access all the tools you need.