# NATALIA NASTASKIN
## ATTORNEY AT LAW

c/o The Agency Group, Ltd.
1775 Broadway
Suite 515
New York, N.Y. 10019

T: (212) 245-6536
F: (212) 581-0015
E: nnesq@nyot.net

February 27, 2007

**VIA FEDERAL EXPRESS**

Ms. Jordan Richardson
22354 Graystone Drive
Carrollton, VA 23314

RE:   Model Management Agreement
      **Jordan Richardson-w-VNY Model Management LLC ("Agreement")**

Dear Ms. Richardson,

Further to your request, enclosed please find a copy of the signature page of the above-referenced Agreement. Please note, the Agreement is in full force and effect and may not be terminated, except in accordance with the terms thereof.

Nothing contained in this letter is intended to, nor shall it, constitute a waiver or relinquishment of any of my client's rights, remedies or positions, all of which are reserved.

If you have any questions, please do not hesitate to contact me.

Thank you.

Yours truly,

*Natalia Nast*

Natalia Nastaskin

cc:   Lana Winters

EXPRESSLY REPRESENTS AND WARRANTS THAT MODEL HAS REACHED 18 YEARS OF AGE. IF MODEL HAS NOT YET REACHED 18 YEARS OF AGE, HIS/HER PARENT(S) OR LEGAL GUARDIAN(S) MUST READ THIS AGREEMENT AND SIGN WHERE INDICATED BELOW. IN ADDITION, MODEL AND HIS/HER PARENT(S) OR LEGAL GUARDIAN(S) ACKNOWLEDGE THAT IT IS MODEL'S AND THEIR RESPONSIBILITY TO OBTAIN ALL NECESSARY GOVERNMENTAL CONSENTS, PERMITS AND APPROVALS REQUIRED BY STATE AND FEDERAL LAWS AND REGULATIONS FOR THE PERFORMANCE OF SERVICES HEREUDNER BY MINORS, INCLUDING WITHOUT LIMITATION WORK PERMITS VISAS, AND COURT APPROVALS WHERE NECESSARY. AT MODEL'S REQUEST MANAGER WILL GUIDE AND COUNSEL MODEL WITH RESPECT TO OBTAINING SUCH CONSENTS, PERMITS, VISAS AND APPROVALS, AND MODEL AGREES TO SIGN ALL DOCUMENTS REQUIRED IN CONNECTION THEREWITH. MODEL ACKNOWLEDGES THAT UPON HIS/HER REACHING 18 YEARS OF AGE THIS AGREEMENT WILL CONTINUE IN FULL FORCE AND EFFECT THROUGHOUT ITS TERM AND ANY RENEWALS THEREOF, AND MODEL'S CONTINUED ACCEPTANCE OF ASSIGNMENTS FROM MANAGER SHALL CONSTITUTE RATIFICATION OF ALL OF THE TERMS AND CONDITIONS HEREOF.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement the day and year first above written.

**MANAGER:**
VNY MODEL MANAGEMENT, LLC.

BY: _____
    Lana Winters
TITLE:   President

**AGREED AND ACCEPTED:**
**MODEL:**

_____

Jordan-Annettee J. Richardson
Print Name

Model's Soc. Sec. #: 230558610

*Handwritten annotations:*
* homework 3 hr per day minimum
* home time with prior notification
* Jordan Richardson has the right of representation to cancel the contract with a written notice 30 days prior to the expiration of the contract

**AGREED AND ACCEPTED:**
**MODEL'S PARENT / LEGAL GUARDIAN**

_____

Lisa-Athena J. Van Hartasl
Print Name

_____
Capacity in which signed

6