UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LISA-ATHENA S. ABU HANTASH, in her individual capacity and as mother and natural guardian of JORDAN-ANNETTEE JAZZMIN RICHARDSON, a minor, and JORDAN RICHARDSON, INC., a Virginia Corporation,

                                                                    *Plaintiffs*,

-against-

V MODEL MANAGEMENT NEW YORK, INC. and VNY MODEL MANAGEMENT, LLC,

                                                           *Defendants*.

Docket No.: 07 Civ. 3363 (GBD) (KNF)

**AFFIDAVIT OF JORDAN RICHARDSON IN FURTHER SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND OTHER RELIEF**

STATE OF _____ )
                                ) ss.
COUNTY OF _____ )

JORDAN RICHARDSON, having been duly sworn, deposes and says under penalty of perjury:

    1.    I am the minor Plaintiff and the sole principal of Plaintiff Jordan Richardson, Inc. in the above-entitled action. As such, I am fully familiar with the facts and circumstances of the within action.

    2.    I submit this affidavit in further support of my attorneys' application for, among other things, (a) declaratory relief; and, (b) summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure; or, (c) in the alternative, an Order directing a speedy hearing and advancing the within on the trial calendar pursuant to Rule 57.

**Formation of Jordan Richardson, Inc.**

    3.    On or about June 20, 2006, Jordan Richardson, Inc. was incorporated under the laws of the State of Virginia. True and accurate copies of the certificate of incorporation and the certificate of filing for Jordan Richardson, Inc. are annexed hereto as Exhibit A.

4. I am the sole shareholder of Jordan Richardson, Inc.

5. I am the sole officer and/or director of Jordan Richardson, Inc.

6. I am the only person who is authorized to act on behalf of Jordan Richardson, Inc. Specifically, my mother, Lisa Athena Abu Hantash, is not authorized to act on behalf of Jordan Richardson, Inc.

**Defendants Did Not Provide Me With The 2006 Management Agreement**

7. After my mother received the proposed agreement ("2006 Management Agreement") from Defendant VNY, she made revisions on certain pages of the agreement. Specifically, she drafted a provision in the agreement which allowed me to terminate the agreement with Defendant VNY.

8. These initial revisions were rejected by Defendant VNY.

9. Subsequently, my mother revised the language of the termination provision in the 2006 Management Agreement. On or about July 17 2006, my mother faxed the revised 2006 Management Agreement to Defendant VNY.

10. Although I visited Defendant VNY's office subsequent to July 17, 2006, Defendant VNY did not provide me with an executed copy of the 2006 Management Agreement.

11. Furthermore, I did not pick up the 2006 Management Agreement from Defendant VNY's office when I picked up my mail.

WHEREFORE it is respectfully requested that the Court grant the within application together with such other, further and different relief as to the Court seems just, equitable and proper under the circumstances.

_____
JORDAN RICHARDSON

STATE OF _Virginia_ )
~~COUNTY~~ City OF _Newport News_ ) ss.:

On the _10th_ day of _July_, 2007, before me, the undersigned, personally appeared JORDAN RICHARDSON, the subscribing witness to the foregoing instrument, with whom I am personally acquainted, who, being by me duly sworn, did depose and say that she resides in Hampton, Virginia; that he knows JORDAN RICHARDSON to be the individual described in and who executed the foregoing instrument; that said subscribing witness was present and saw said JORDAN RICHARDSON execute the same; and that said witness at the same time subscribed her name as a witness thereto.

_____
NOTARY PUBLIC

[Notary Seal: LANA NORTON, NOTARY PUBLIC, COMMONWEALTH OF VIRGINIA]

-3-