

## Commonwealth of Virginia

### STATE CORPORATION COMMISSION

Richmond, June 20, 2006

This is to certify that the certificate of incorporation of

## JORDAN RICHARDSON, INC.

was this day issued and admitted to record in this office and that the said corporation is authorized to transact its business subject to all Virginia laws applicable to the corporation and its business. Effective date: June 20, 2006



State Corporation Commission
Attest:

_____
Clerk of the Commission

CIS0436

# Certificate of Filing

This Certifies that the Corporation named

## JORDAN RICHARDSON, INC.

was filed with the Secretary of State of

VIRGINIA

on the 20th day of June of 2006

The said corporation shall have and may exercise all of the power conferred by the Business Corporation Law of the State of VIRGINIA

_Sole Incorporator_