UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
LISA-ATHENA S. ABU HANTASH, in her individual
capacity and as mother and naturel guardian of
JORDAN-ANNETTE JAZZMIN RICHARDSON, a
minor, and JORDAN RICHARDSON, INC.,
                           Plaintiffs,

    -against-

V MODEL MANAGEMENT NEW YORK, INC., and
VNY MODEL MANAGEMENT, LLC,
                         Defendants.
---------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/20/07

07 CIVIL 3363 (GBD)
**JUDGMENT**

    Plaintiffs having moved for summary judgment pursuant to Fed. R. Civ. P. 56, and the matter having come before the Honorable George B. Daniels, United States District Judge, and the Court, on August 6, 2007, having rendered its Memorandum Decision and Order granting plaintiffs' motion for summary judgment, denying plaintiffs' motion to strike portions of the defendants' answer as moot, denying plaintiffs' motion for Rule 11 sanctions, denying plaintiffs' motion for an injunction and accounting, and declaring that the management agreements between Jordan Richardson and V Model Management New York, Inc., and VNY Model Management, Inc., has been rescinded by the model and is null and void and unenforceable, it is,

    **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated August 6, 2007, plaintiffs' motion for summary judgment is granted; plaintiffs' motion to strike portions of the defendants' answer is denied as moot; plaintiffs' motion for Rule 11 sanctions is denied; plaintiffs' motion for an injunction and accounting is denied; and the Court declares that the management agreements between Jordan Richardson and V Model Management New York, Inc., and VNY Model Management, Inc., has been rescinded by the model and is null and void and unenforceable.

Dated: New York, New York
      August 20, 2007

J. MICHAEL McMAHON
Clerk of Court

BY: _____
Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____